PROB.22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | | | |
|---|---|---|---|
| PROB.22 (Rev. 2/88) TRANSFER OF JURISDICTION | | DOCKET NUMBER (Tran. Court) 02-343 JRT 02-293(2) JRT/FLN | |
| | | DOCKET NUMBER (Rec. Court) 1:07-CR-045-01 T | |
| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE<br>Joseph Waterman<br>Warwick, Rhode Island | DISTRICT<br>MINNESOTA | DIVISION<br>U.S. PROBATION | |
| | NAME OF SENTENCING JUDGE<br>John R. Tunheim | | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM:<br>December 29, 2006 | TO:<br>December 28, 2009 |

OFFENSE
02-293(2)JRT/FLN - Bank Robbery in violation of Title 18, USC 2113(a) and Attempted Bank Robber in violation of Title 18, USC, 2113(a) and 2

02-343-JRT Bank Robbery in violation of Title 18, USC, 2113(a)

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **NEW HAMPSHIRE**.

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee name above be transferred with the records of this Court to the United States District Court for the **DISTRICT OF RHODE ISLAND** upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further Inquiry of this Court.*

3/15/07
*Date*

*United States District Judge* John R. Tunheim

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF **RHODE ISLAND**

IT IS HEREBY ORDERED that jurisdiction over the above-named probation/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/28/07
*Date*

*Chief United States District Judge*

SCANNED
APR 02 2007
U.S. DISTRICT COURT ST. PAUL